UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>Mary Katchur,<br>　　　　　　　　Plaintiff,<br>　　　v.<br>Cook Incorporated, et al.,<br>　　　　　　　　Defendants. | Civil No. 1:20-cv-00655-RLY-TAB |

> Motion granted. The appearance of Joe A. Vazquez entered on behalf of the Plaintiff shall remain in effect.
>
> Tim A. Baker
> U.S. Magistrate Judge
> Dated: 10/27/2025

## WITHDRAWL OF APPEARANCE

To:　The Clerk of The Court
　　　U.S. District Court of Southern Indiana
　　　Indianapolis, Indiana

　　　Kindly withdraw the appearance of Brian A. Goldstein, Esq. as attorney of record for

Plaintiff, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　*/s/ Brian A. Goldstein*
　　　　　　　　　　　　　　　　　　　　　　Brian A. Goldstein, Esq.
　　　　　　　　　　　　　　　　　　　　　　Goldstein Greco, P.C.
　　　　　　　　　　　　　　　　　　　　　　2354 Wehrle Drive
　　　　　　　　　　　　　　　　　　　　　　Buffalo, NY  14221
　　　　　　　　　　　　　　　　　　　　　　Telephone Number (844) 716-4653
　　　　　　　　　　　　　　　　　　　　　　Fax Number (716) 568-9090
　　　　　　　　　　　　　　　　　　　　　　bg@goldsteingreco.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*